UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                  Plaintiff,

v.                                         Case No. 2:16–cr–20594–MAG–APP
                                                Hon. Mark A. Goldsmith

Rene Eid, et al.,

                  Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

Plaintiff(s) attorneys are hereby notified to participate as well as the defense attorney(s) for:  Rene Eid, Hanna Eid

- STATUS CONFERENCE:  May 23, 2018 at 01:00 PM

The conference shall be initiated by Goverment shall initiate the call, and then include the Court by calling (313) 234–5240 when all parties are on the line..

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/K Sandusky
                                                                    Case Manager

Dated:  May 11, 2018